THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Ex Parte: 
 Waccamaw Publishers, Inc., Appellant.
In re:  State
 of South Carolina, Respondent,
v.
Robert Andrew
 Palmer, Respondent.
 
 
 

Appeal From Horry County
 Larry B. Hyman, Jr., Circuit Court Judge

Memorandum Opinion No.  2011-MO-027
Submitted September 22, 2011  Filed
 October 10, 2011 

REVERSED

 
 
 
Jay
 Bender, of Baker, Ravenel & Bender, of Columbia, for Appellant.
Carla
 Faye Grabert-Lowenstein and Solicitor John Gregory Hembree, both of Conway, for
 Respondents.
 
 
 

PER CURIAM:  The appealed order which imposed a prior
 restraint upon appellant is reversed.  Oklahoma Pub. Co. v. Dist. Court in
 and for Oklahoma County, 430 U.S. 308 (1977).
REVERSED.
 TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.